OPINION — AG — BASED SOLELY UPON THE FACTUAL INFORMATION SUBMITTED BY YOU, IT IS THE OPINION OF THE AG THAT I WOULD NOT BE A VIOLATION OF 21 O.S. 1961 481 [21-481] FOR THE WIFE, SISTER OR DAUGHTER OF THE COUNTY TREASURER OR FOR THE SISTER IN LAW OR BROTHER IN LAW OF THE COUNTY COMMISSIONER TO WORK FOR A HOSPITAL WHICH WAS BUILT WITH BONDS UNDER THE COUNTY HOSPITAL ACT. (NEPOTISM) (LEE W. COOK)